EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 104 |
| | |
| María N. Toro Imbernón | 200 DPR ____ |

Número del Caso: TS-11,526

Fecha:   6 de junio de 2018

Abogado de la peticionaria:

        Lcdo. Luis Montañez del Valle

Programa de Educación Jurídica Continua:

        Lcdo. José I. Campos Pérez
        Director

Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

María N. Toro Imbernón                TS-11,526

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de junio de 2018.

Examinada la *Moción en Cumplimiento de Resolución* presentada por el Programa de Educación Jurídica Continua, se reinstala a la Lcda. María N. Toro Imbernón al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Jueza Presidenta Oronoz Rodríguez no intervino.

Lcda. Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina